**Gene Everette WASHINGTON, Plaintiff-Appellant,**

v.

**J. P. MOONEY, Ch'ville PD; S. A. Cason, Det.; Woodzell, Det.; Lezelle Duggar, a/k/a Llezelle Dugger, Clerk; Timothy Longo, Chville PD Chief, Defendants-Appellees.**

**No. 16-7529**

United States Court of Appeals, Fourth Circuit.

Submitted: May 4, 2017

Decided: May 17, 2017

Gene Everette Washington, Appellant Pro Se. Richard Hustis Milnor, TAYLOR ZUNKA MILNOR & CARTER LTD, Charlottesville, Virginia; John Chadwick Johnson, FRITH, ANDERSON & PEAKE, PC, Roanoke, Virginia, for Appellees.

Before WILKINSON, TRAXLER, and SHEDD, Circuit Judges.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Gene Everette Washington appeals the district court's orders dismissing his 42 U.S.C. § 1983 (2012) complaint for failure to state a claim and denying his subsequent motions to reopen and to continue. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *Washington v. Mooney*, No. 7:15-cv-00514-JLK-RSB, 2016 WL 4775741 (W.D. Va. Sept. 13, 2016; Oct. 20, 2016). We further deny Washington's motion to suppress seized evidence. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*